UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JGL

BERMO, INC., a Minnesota corporation,

Plaintiff,

vs.

Xand Corp., f/k/a CUBE Computer Corp.,
a New York corporation,

Defendant.

CASE No. 00-2695 (PAM/~~JEL~~)

**STIPULATION**

It is hereby stipulated and agreed by and between the parties that Defendant Xand Corp. shall have until shall have until and including February 6, 2001 to answer or otherwise respond to the Complaint in this matter. Such extension shall not waive any rights or defenses of Defendant.

Dated: Jan 26, 2001

**LINDQUIST & VENNUM P.L.L.P.**

By [signature]
David A. Allgeyer (#120422)
4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: 612/371-3211

**ATTORNEYS FOR PLAINTIFF BERMO, INC.**

FEB 02 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: January 26, 2001

**MASLON EDELMAN BORMAN & BRAND, LLP**

By ______________________
Alain M Baudry (#186685)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: 612/672-8200
*and*
Greenberg Traurig LLP
Adam B. Landa
Glenn T. Burhans, Jr.
200 Park Avenue
New York, New York 10166
Telephone: 212/801-9200

**ATTORNEYS FOR DEFENDANT XAND CORP.**

**IT IS SO ORDERED.**

Dated: Feb 2, 2001

*By the Court:*

______________________
United States Magistrate Judge

*123974*