UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Bermo, Inc., a Minnesota Corporation, Civ. File No. 00-2695 (PAM/JGL)

Plaintiff,

v. **ORDER**

Xand Corp., f/k/a Cube Computer Corp., a New York Corporation,

Defendant.

---

This matter is before the Court on Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction. The Court held a hearing on the motion on May 4, 2001.

Accordingly, for the reasons stated at the hearing, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (Clerk Doc. No. 4) is **DENIED**.

Dated: May 4, 2001

Paul A. Magnuson
United States District Court Judge

FILED MAY 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK