**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| BERMO, Inc., a Minnesota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Xand Corp., f/k/a CUBE Computer Corp., a New York corporation,<br><br>Defendant. | ) | Case No. 00-2695 (PAM/JGL)<br><br>**REVISED ORDER OF DISMISSAL** |

The Court having been advised that the above case has been settled, on May 31,2001, it entered an Order dismissing the action without prejudice, reserving jurisdiction for thirty (30) days. The parties to this action have jointly requested that the Order be revised to effectuate their Settlement Agreement. Accordingly,

**IT IS HEREBY ORDERED** that the Court's Order of May 31, 2001, is revised as follows:

This action is hereby dismissed, without prejudice, the Court reserving jurisdiction until August 6, 2001 to permit plaintiff Bermo, Inc. to move for default judgment as contemplated by the parties' Settlement Agreement, for any party to move to reopen the action for good cause shown or to submit and file a stipulated form of final judgment.

Dated: June 15, 2001.

**PAUL A. MAGNUSON, CHIEF JUDGE**
**United States District Court**

FILED JUN 15 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D________
DEPUTY CLERK________

Doc# 1404794\1